McCuneWright LLP
  Richard D. McCune (Bar No.132124)
  rdm@mccunewright.com
  David C. Wright (Bar No. 177468)
  dcw@mccunewright.com
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

  Joseph G. Sauder
  jgs@mccunewright.com
  Matthew D. Schelkopf
  mds@mccunewright.com
  Joseph B. Kenney
  jbk@mccunewright.com
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581

Attorneys for Plaintiff Anthony J. Succi

[List of Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY J. SUCCI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRACO ENTERPRISES, LLC, and S.C. JOHNSON & SON, INC.,<br><br>Defendants. | CASE NO. 2:16-cv-08125-R-SK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)**<br><br>Hon. Manuel L. Real<br><br>Complaint Filed: November 1, 2016 |

1 | LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN
Andrew W. Zepeda (Bar No. 106509)
2 | azepeda@lurie-zepeda.com
1875 Century Park East, Suite 2100
3 | Los Angeles, CA 90067-2574
Telephone:   (310) 274-8700
4 | Facsimile:   (310) 274-2798

5 | Attorneys for Defendants

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

1  WHEREAS, on November 1, 2016, plaintiff Anthony J. Succi filed an action entitled *Succi v. Kraco Enterprises, LLC, et al,* Case No. 2:16-cv-08125-R-SK (the "Action"), which was assigned to the Honorable Manuel L. Real of the Central District of California;

WHEREAS, based on confirmatory discovery as to the low incident rate related to the alleged defect at issue and the policy and procedures in place at Defendant Kraco Enterprises, LLC, for the reimbursement of claims made against Defendants, the parties have concluded that the claims asserted in this Action should no longer be prosecuted on a class-wide basis, but only settled on an individual basis, which the parties have agreed to;

WHEREAS, without any admission of liability on the part of either party, the parties desire to avoid continued litigation of any remaining claims for relief;

WHEREAS, no class has been certified and no motion for class certification is pending;

NOW THEREFORE, in recognition of the foregoing, the parties stipulate that Plaintiff Anthony J. Succi's claims in the above-entitled Action will and hereby are voluntarily dismissed without prejudice against Defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED:  December 22, 2016        MCCUNEWRIGHT LLP

By */s/ Richard D. McCune*
Richard D. McCune
Attorneys for Plaintiff Anthony J. Succi

| | | |
|---|---|---|
| 1 | DATED: December , 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | By  */s/ Andrew W. Zepeda* |
| 8 | |    Andrew W. Zepeda<br>   Attorneys for Defendants |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed,
2  and on whose behalf the filing is submitted, concur in the filing's content and have
3  authorized the filing.
4
5
6  DATED:  December 22, 2016          */s/ Richard D. McCune*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28